**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Tara L. Snyder | CHAPTER 13 |
| Debtor(s) | BKY. NO. 20-10145 AMC |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of PENNSYLVANIA HOUSING FINANCE AGENCY and index same on the master mailing list.

                                                      Respectfully submitted,
                                                    **/s/ Rebecca A. Solarz Esquire**
                                                    Rebecca A Solarz, Esquire
                                                    Kevin G. McDonald, Esquire
                                                    KML Law Group, P.C.
                                                    701 Market Street, Suite 5000
                                                    Philadelphia, PA 19106-1532
                                                    (215) 627-1322