To whom it may concern

I William [Speck] pay Tara Snyder $500.00 a month to live there i stay in the basement

Thank You

William Speck


11/25/2018

# HOW WE FIGURED YOUR PAYMENT FOR January 2019 ON

## Your Payment Amount

| | |
|---|---|
| The most SSI money the law allows us to pay | $771.00 |
| We didn't subtract (-) any income from SSI money | - 0.00 |
| **Total Monthly SSI Payment for January 2019 on** | $771.00 |

6 For Son

SSA-L8151

HARRISBURG UC SERVICE CENTER
LABOR & INDUSTRY BLDG
651 BOAS ST FL 15
HARRISBURG   PA   17121-1067
PHONE NO.: 888-313-7284
FAX NO.: 717-214-5463

**pennsylvania**
DEPARTMENT OF LABOR & INDUSTRY
OFFICE OF UNEMPLOYMENT COMPENSATION BENEFITS POLICY

DATE MAILED
NOV 20, 2019

# NOTICE OF FINANCIAL DETERMINATION

THIS FINANCIAL DETERMINATION ALONE DOES NOT ENTITLE YOU TO BENEFITS. A REVIEW OF YOUR EMPLOYMENT HISTORY AND PRESENT STATUS MUST ALSO BE MADE TO DETERMINE WHETHER YOU MEET ALL OF THE ELIGIBILITY REQUIREMENTS SPECIFIED IN THE LAW.

SOC.SEC.ACCT.NO. ███-0984

| OFFICE USE ONLY |
| --- |
| AB 11/10/19   UC |
| CODE 1   MAX.WKS. 26 |
| PBC 79 WBR 261A*MBA 6786 |
| NO.DEP. 2-NS WDA 8   MDA 208 |
| SX-2   OFFICE NO. 1239 |

TARA L. SNYDER
2080 GARFIELD AVE
READING   PA   19609-2010

Dear **MS. SNYDER:**

You recently filed an application for unemployment compensation benefits with the Office of UC Benefits. This financial determination notifies you that you are financially eligible for benefits. Your financial eligibility is based on the wages you were paid and the credit weeks you earned during your base year (the first four of the last five completed calendar quarters immediately prior to filing your claim) which is from **JUL 01, 2018** to **JUN 30, 2019**.

Our records show that during your base year, wages were reported by the following employer(s):

| Employer(s) | Employer(s) Acct. Number | Plant No. | Breakdown of Base-Year Wages by Quarter | | | | Total Wages Paid | Credit Weeks |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | 3-18 | 4-18 | 1-19 | 2-19 | | |
| KUTZTOWN M | 06-27657 | | 2,415 | 1,470 | 0 | 0 | 3,885 | |
| NSL WYOMIS | 75-26821 | | 0 | 0 | 5,090 | 6,620 | 11,710 | |
| WAL-MART P | 75-41707 | | 0 | 0 | 36 | 0 | 37 | |
| | | Totals | 2,415 | 1,470 | 5,126 | 6,620 | 15,632 | 38 |

Your weekly benefit rate (WBR) is determined to be **$261** based on a comparison of your highest quarter wages and your total base-year wages to the table for "Rate and Amount of Benefits". Your highest quarter (rounded to the nearest dollar) was the **2ND** quarter of **2019** when you were paid wages of **$6,621**. Your total base-year wages were **$15,632**.

Your benefit year provides you with a 52-week period beginning with the date of your application for unemployment compensation benefits. During this period, you may be entitled to benefits for those weeks when you are unemployed and meet the eligibility requirements of the Pennsylvania Unemployment Compensation (UC) Law. Your benefit year begins **NOV 10, 2019** and ends **NOV 07, 2020**.

The maximum number of full weeks of benefits you may be eligible to receive is determined by the number of credit weeks you had in your base year. Since you had **38** credit weeks, you qualify for **26** weeks of full benefits during your benefit year. Your maximum benefit entitlement during the benefit year is determined by multiplying your weekly benefit rate by the maximum number of full weeks available to you. Your maximum benefit entitlement is **$ 6,786**.

If your work hours are reduced due to lack of work, you may qualify for partial benefits. The Partial Benefit Credit (PBC) on your application is **$ 79**. During a claim week, if you earn more than your PBC but less than **$340** you may qualify for partial benefits. YOU ARE REQUIRED TO REPORT ALL GROSS EARNINGS DURING ANY WEEK THAT YOU ARE FILING FOR BENEFITS REGARDLESS OF WHETHER THE AMOUNT IS ABOVE OR BELOW YOUR PARTIAL BENEFIT CREDIT. For further information about the PBC, see the reverse side.

Also, you will receive an additional $ 8 dependent's allowance for each week claimed during your benefit year. This allowance is for **2** dependent(s). The maximum amount of dependent's allowance available to you during the benefit year is $208.

* The Law provides for a benefit reduction when required for UC fund solvency. Beginning January 1, 2018 a 2.4% benefit reduction will be in effect for weeks ending on or after January 6, 2018. For compensable weeks ending on or prior to December 30, 2017 the benefit reduction of 1.7% will remain unchanged.

Right of Appeal – The last day to timely appeal this determination is: **DEC 05, 2019**. If you disagree with this determination, you may appeal. If you want to file an appeal, you must do so on or before the date shown above. For appeal information and instructions, see enclosed Form UC-47, APPEAL INSTRUCTIONS.

UC-44F CODE 1 REV 12-17

CONTINUED ON REVERSE SIDE

**GIANT** — Quality. Selection. Savings. Every Day.

**Giant Food Stores**
1149 Harrisburg Pike
Carlisle, PA 17013

TARA L SNYDER
2080 GARFIELD AVENUE
READING PA 19609

SSN: ***-**-0984
STORE/DEPT: 6050 0050 100

CHECK NO: 35193252
CHECK DATE: 01/03/20
PERIOD ENDING: 12/28/19

TAX STATUS:
EXEMPTIONS: FED: S   STATE: S
TAX ADJ: FED: 00   STATE: 00

SPECIAL INFORMATION
GLOBAL ID  AA00275763
USER ID    GUTLS19

## HOURS AND EARNINGS

| DESCRIPTION | CURRENT HOURS | CURRENT EARNINGS | Y-T-D HOURS | Y-T-D EARNINGS |
|---|---|---|---|---|
| REGULAR PAY | 6.00 | 72.00 | 6.00 | 72.00 |
| SUNDAY PRM 1.00 | 1.50 | 1.50 | 1.50 | 1.50 |
| SUNDAY STRAIGHT | 1.50 | 18.00 | 1.50 | 18.00 |
| TOTAL HOURS & EARNINGS | 7.50 | 91.50 | | 91.50 |

## TAXES AND DEDUCTIONS

| DESCRIPTION | CURRENT AMOUNT | Y-T-D AMOUNT |
|---|---|---|
| FICA-OASDI | 5.67 | 5.67 |
| FEDERAL | 1.84 | 1.84 |
| FICA-HI | 1.33 | 1.33 |
| STATE PA | 2.81 | 2.81 |
| PA UNEMPLOYMENT | .05 | .05 |
| SPRING TWP | 1.42 | 1.42 |
| TOTAL TAX | 13.12 | 13.12 |

## MISC DEDUCTIONS

| | CURRENT | Y-T-D |
|---|---|---|
| OPT/LST TAX | 1.00 | 1.00 |

### PRE-TAX DEDUCTIONS
ITEMS BELOW DEDUCTED BEFORE FEDERAL TAXES MAY STILL BE SUBJECT TO STATE/LOCAL TAXES

TOTAL    .00    .00

| | GROSS | LESS TAXES | LESS DEDS | NET PAY | CURRENT NET PAY |
|---|---|---|---|---|---|
| CURRENT | 91.50 | 13.12 | 1.00 | 77.38 | 77.38 |
| Y-T-D | 91.50 | 13.12 | 1.00 | 77.38 | |

TOTAL MISC. DED.



| | | | | | | | CHECK NO: | 35171761 |
|---|---|---|---|---|---|---|---|---|
| | | Giant Food Stores | | | | | CHECK DATE: | 12/27/19 |
| | | 1149 Harrisburg Pike | | | | | PERIOD ENDING: | 12/21/19 |
| | | Carlisle, PA 17013 | | | | | | |

TARA L SNYDER
2080 GARFIELD AVENUE
READING PA  19609

SSN: ***-**-0984
STORE/DEPT: 6050 0050 100

TAX STATUS:
EXEMPTIONS:    FED: S    STATE: S
TAX ADJ:       FED: 00   STATE: 00

**IMPORTANT MESSAGE**

**SPECIAL INFORMATION**

GLOBAL ID  AA00275763
USER ID    GUTLS19

**HOURS AND EARNINGS**

| DESCRIPTION | HOURS | CURRENT EARNINGS | HOURS | Y-T-D EARNINGS |
|---|---|---|---|---|
| REGULAR PAY | 9.75 | 117.00 | | 1,095.00 |
| SUNDAY PRM 1.00 | 5.00 | 5.00 | | 14.50 |
| SUNDAY STRAIGHT | 5.00 | 60.00 | | 174.00 |
| NIGHT PREMIUM | .00 | .00 | | 1.00 |

**TAXES AND DEDUCTIONS**

| DESCRIPTION | CURRENT AMOUNT | Y-T-D AMOUNT |
|---|---|---|
| FICA-OASDI | 11.28 | 79.64 |
| FEDERAL | 10.89 | 85.98 |
| FICA-HI | 2.64 | 18.63 |
| STATE PA | 5.59 | 39.43 |
| PA UNEMPLOYMENT | .11 | .77 |
| SPRING TWP    BE | 1.82 | 12.85 |
| TOTAL TAX | 32.33 | 237.30 |

**MISC. DEDUCTIONS**

| | | |
|---|---|---|
| OPT/LST TAX | 1.00 | 6.00 |

TOTAL HOURS & EARNINGS   14.75    182.00    1,284.50

**PRE-TAX DEDUCTIONS**
ITEMS BELOW DEDUCTED BEFORE FEDERAL TAXES MAY STILL BE SUBJECT TO STATE/LOCAL TAXES



| | GROSS | 14.75 | 182.00 | LESS TAXES | LESS DEDS | NET PAY | | CURRENT NET PAY |
|---|---|---|---|---|---|---|---|---|
| TOTAL | | | | .00 | .00 | | TOTAL MISC. DED. | |
| CURRENT | 182.00 | | | 32.33 | 1.00 | 148.67 | 1.00  6.00 | 148.67 |
| Y-T-D | 1,284.50 | | | 237.30 | 6.00 | 1,041.20 | | |



| TOTAL | GROSS | | | LESS TAXES | LESS DEDS | TOTAL MISC. DED. | NET PAY | CURRENT NET PAY |
|---|---|---|---|---|---|---|---|---|
| | | 12.25 | 147.00 | .00 | .00 | 1.00 | 121.28 | 5.00 |
| | | | | 1,102.50 | | | 121.28 | 121.28 |
| CURRENT | 147.00 | | | 24.72 | 1.00 | | | |
| Y-T-D | 1,102.50 | | | 204.97 | 5.00 | | 892.53 | |

**GIANT** — Quality. Selection. Savings. Every Day.

**Giant Food Stores**
1149 Harrisburg Pike
Carlisle, PA  17013

CHECK NO: 35150552
CHECK DATE: 12/13/19
PERIOD ENDING: 12/07/19

TARA L SNYDER
2080 GARFIELD AVENUE
READING PA  19609

SSN: ***-**-0984
STORE/DEPT: 6050 0050 100

TAX STATUS:
EXEMPTIONS:  FED: S 00   STATE: S 00
TAX ADJ:  FED:   STATE:

**IMPORTANT MESSAGE**

**SPECIAL INFORMATION**

GLOBAL ID  AA00275763
USER ID    GUTLS19

### HOURS AND EARNINGS

| DESCRIPTION | HOURS | CURRENT EARNINGS | HOURS | Y-T-D EARNINGS |
|---|---|---|---|---|
| REGULAR PAY | 13.25 | 159.00 | | 831.00 |
| SUNDAY PRM 1.00 | .00 | .00 | | 9.50 |
| SUNDAY STRAIGHT | .00 | .00 | | 114.00 |
| NIGHT PREMIUM | .00 | .00 | | 1.00 |

### TAXES AND DEDUCTIONS

| DESCRIPTION | CURRENT AMOUNT | Y-T-D AMOUNT |
|---|---|---|
| FICA-OASDI | 9.86 | 59.24 |
| FEDERAL | 8.59 | 67.70 |
| FICA-HI | 2.30 | 13.85 |
| STATE PA | 4.88 | 29.33 |
| PA UNEMPLOYMENT | .09 | .57 |
| SPRING TWP  BE | 1.59 | 9.56 |
| TOTAL TAX | 27.31 | 180.25 |

### MISC. DEDUCTIONS

| | CURRENT | Y-T-D |
|---|---|---|
| OPT/LST TAX | 1.00 | 4.00 |

TOTAL HOURS & EARNINGS  13.25   159.00   955.50

**PRE-TAX DEDUCTIONS**
ITEMS BELOW DEDUCTED BEFORE FEDERAL TAXES MAY STILL BE SUBJECT TO STATE/LOCAL TAXES

TOTAL   .00   .00

| | GROSS | LESS TAXES | LESS DEDS | NET PAY | CURRENT NET PAY |
|---|---|---|---|---|---|
| CURRENT | 159.00 | 27.31 | 1.00 | 130.69 | 130.69 |
| Y-T-D | 955.50 | 180.25 | 4.00 | 771.25 | |

TOTAL MISC. DED.  1.00   4.00

| | | Giant Food Stores | CHECK NO: | 35139775 |
|---|---|---|---|---|
| **GIANT** | | 1149 Harrisburg Pike | CHECK DATE: | 12/06/19 |
| Quality. Selection. Savings. Every Day. | | Carlisle, PA 17013 | PERIOD ENDING: | 11/30/19 |

| TARA L SNYDER | SSN: ***-**-0984 | TAX STATUS: | S | | S |
|---|---|---|---|---|---|
| 2080 GARFIELD AVENUE | STORE/DEPT: 6050 0050 100 | EXEMPTIONS: | FED: 00 | STATE: | 00 |
| READING PA 19609 | | TAX ADJ: | FED: | STATE: |  |

**IMPORTANT MESSAGE**          **SPECIAL INFORMATION**

GLOBAL ID  AA00275763
USER ID    GUTLS19

### HOURS AND EARNINGS

| DESCRIPTION | HOURS | CURRENT EARNINGS | Y-T-D HOURS | Y-T-D EARNINGS |
|---|---|---|---|---|
| REGULAR PAY | 12.00 | 144.00 | | 672.00 |
| SUNDAY PRM 1.00 | 5.75 | 5.75 | | 9.50 |
| SUNDAY STRAIGHT | 5.75 | 69.00 | | 114.00 |
| NIGHT PREMIUM | .00 | .00 | | 1.00 |
| TOTAL HOURS & EARNINGS | 17.75 | 218.75 | | 796.50 |

### TAXES AND DEDUCTIONS

| DESCRIPTION | CURRENT AMOUNT | Y-T-D AMOUNT |
|---|---|---|
| FICA-OASDI | 13.56 | 49.38 |
| FEDERAL | 14.57 | 59.11 |
| FICA-HI | 3.17 | 11.55 |
| STATE PA | 6.72 | 24.45 |
| PA UNEMPLOYMENT | .13 | .48 |
| SPRING TWP    BE | 2.19 | 7.97 |
| TOTAL TAX | 40.34 | 152.94 |

### MISC. DEDUCTIONS

| | CURRENT | Y-T-D |
|---|---|---|
| OPT/LST TAX | 1.00 | 3.00 |

### PRE-TAX DEDUCTIONS
ITEMS BELOW DEDUCTED BEFORE FEDERAL TAXES MAY STILL BE SUBJECT TO STATE/LOCAL TAXES

| | | .00 | | .00 |
|---|---|---|---|---|
| TOTAL | 17.75 | 218.75 | | 796.50 |

TOTAL MISC. DED.   1.00   3.00

| | GROSS | LESS TAXES | LESS DEDS | NET PAY | CURRENT NET PAY |
|---|---|---|---|---|---|
| CURRENT | 218.75 | 40.34 | 1.00 | 177.41 | 177.41 |
| Y-T-D | 796.50 | 152.94 | 3.00 | 640.56 | |

# GIANT
*Quality. Selection. Savings. Every Day.*

**Giant Food Stores**
1149 Harrisburg Pike
Carlisle, PA 17013

| | |
|---|---|
| CHECK NO: | 35128872 |
| CHECK DATE: | 11/29/19 |
| PERIOD ENDING: | 11/23/19 |

TARA L SNYDER
2080 GARFIELD AVENUE
READING PA 19609

SSN: ***-**-0984
STORE/DEPT: 6050 0050 100

TAX STATUS: FED: S  STATE: S
EXEMPTIONS: FED: 00  STATE: 00
TAX ADJ: FED:  STATE:

**IMPORTANT MESSAGE**

**SPECIAL INFORMATION**

GLOBAL ID  AA00275763
USER ID    GUTLS19

## HOURS AND EARNINGS

| DESCRIPTION | HOURS | CURRENT EARNINGS | Y-T-D HOURS | Y-T-D EARNINGS |
|---|---|---|---|---|
| REGULAR PAY | 23.25 | 279.00 | | 528.00 |
| SUNDAY PRM 1.00 | 3.75 | 3.75 | | 3.75 |
| SUNDAY STRAIGHT | 3.75 | 45.00 | | 45.00 |
| NIGHT PREMIUM | .00 | 1.00 | | 1.00 |
| TOTAL HOURS & EARNINGS | 27.00 | 328.75 | | 577.75 |

## TAXES AND DEDUCTIONS

| DESCRIPTION | CURRENT AMOUNT | Y-T-D AMOUNT |
|---|---|---|
| FICA-OASDI | 20.38 | 35.82 |
| FEDERAL | 26.95 | 44.54 |
| FICA-HI | 4.77 | 8.38 |
| STATE PA | 10.09 | 17.73 |
| PA UNEMPLOYMENT | .20 | .35 |
| SPRING TWP   BE | 3.29 | 5.78 |
| TOTAL TAX | 65.68 | 112.60 |

### MISC. DEDUCTIONS

| DESCRIPTION | CURRENT | Y-T-D |
|---|---|---|
| OPT/LST TAX | 1.00 | 2.00 |
| TOTAL MISC. DED. | 1.00 | 2.00 |

### PRE-TAX DEDUCTIONS
*ITEMS BELOW DEDUCTED BEFORE FEDERAL TAXES MAY STILL BE SUBJECT TO STATE/LOCAL TAXES*

| TOTAL | HOURS | EARNINGS | | |
|---|---|---|---|---|
| | | .00 | | .00 |
| | 27.00 | 328.75 | | 577.75 |

| | GROSS | LESS TAXES | LESS DEDS | NET PAY | CURRENT NET PAY |
|---|---|---|---|---|---|
| CURRENT | 328.75 | 65.68 | 1.00 | 262.07 | 262.07 |
| Y-T-D | 577.75 | 112.60 | 2.00 | 463.15 | |