**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Tara L. Snyder<br>Debtor(s)<br><br>PENNSYLVANIA HOUSING FINANCE AGENCY,<br>its successors and/or assigns<br>Movant<br>vs.<br><br>Tara L. Snyder<br>Debtor(s)<br><br>Scott Waterman<br>Trustee | CHAPTER 13<br><br>NO. 20-10145 PMM |

**PRAECIPE TO WITHDRAW**

**TO THE CLERK OF THE BANKRUPTCY COURT:**

Kindly withdraw the Objection to Confirmation of PENNSYLVANIA HOUSING FINANCE AGENCY, which was filed with the Court on or about **May 13, 2020, docket number 25**.

Respectfully submitted,

By: **/s/ Rebecca A. Solarz, Esquire**

Rebecca A. Solarz, Esquire
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
215-627-1322
Attorney for Movant/Applicant

July 16, 2020