Office Mailing Address:  
Scott F. Waterman, Trustee  
2901 St. Lawrence Avenue, Suite 100  
Reading, PA  19606

Send Payments **ONLY** to:  
Scott F. Waterman, Trustee  
P.O. Box 680  
Memphis, TN  38101-0680

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2019 to 08/12/2020  
**Chapter 13 Case No. 20-10145-PMM**

Tara L. Snyder  
2080 Garfield Avenue  
Reading  PA    19609

Petition Filed Date: 01/09/2020  
341 Hearing Date: 03/31/2020  
Confirmation Date:

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 02/18/2020 | $350.00 | | 03/17/2020 | $350.00 | | 04/17/2020 | $350.00 | |
| 05/18/2020 | $350.00 | | | | | | | |

**Total Receipts for the Period: $1,400.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $1,400.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Tara L. Snyder | Debtor Refunds | $0.00 | $0.00 | $0.00 |

### SUMMARY

Summary of all receipts and disbursements from date filed through 8/12/2020:

| | | | |
|---|---|---|---|
| Total Receipts: | $1,400.00 | Current Monthly Payment: | $664.37 |
| Paid to Claims: | $0.00 | Arrearages: | $1,993.11 |
| Paid to Trustee: | $130.90 | Total Plan Base: | $38,604.72 |
| Funds on Hand: | $1,269.10 | | |

**NOTES:**

- PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.