Bill for Services Rendered
Re:  Tara L. Snyder
Chapter 13 Bankruptcy
Case No. 20-10145-PMM
Agreed Rate: Attorney for Debtor 250.00 p/h
Paralegal, Kirsten Kauffman rate: 90.00 p/h

| Date / Description | Hours | Amount |
|---|---|---|
| 1/6/20 – Initial consultation with Debtor, discussing prior cases, re-filing, etc. | 1.0 | 250 |
| 1/6/20 -  Letter to Debtor re: what is needed to re-file case | .4 | 100 |
| 1/9/20 – Appointment with Debtor to finish up and sign | 1.0 | 250 |
| 1/9/20 – Preparation and filing of emergency case | 1.0 | 250 |
| 1/9/20 – Letter to Debtor re: case and trustee payment information | .4 | 100 |
| 1/10/10 -  Review date documents are due and send date to Debtor | .2 | 50 |
| 1/22/20 – Preparation and filing of Motion to Extend Time to File Documents | .4 | 100 |
| 1/27/20 – Review Order on Motion to Extend and send copy to Debtor | .2 | 50 |
| 2/14/20 – Preparation and filing of Motion to Extend Time | .3 | 75 |
| 2/20/20 – Preparation and filing of remaining schedules and Plan | 1.0 | 250 |
| 3/4/20 – Review meeting of creditors and diary date | .1 | 25 |
| 3/4/20 – Letter to Debtor re: 341 meeting and documents needed prior to meeting | .4 | 100 |

| Date / Description | Hours | Amount |
|---|---|---|
| 3/18/20 – Upload documents to Trustee | .2 | 50 |
| 3/22/20 – Phone call from Debtor re: need continuance on meeting | .1 | 25 |
| 4/14/20 – Review new meeting and send copy to Debtor | .2 | 50 |
| 5/13/20 – Review Objection to Confirmation of Plan | .1 | 25 |
| 5/14/20 – Review meeting of creditors continued and sent debtor new date | .2 | 50 |
| 6/9/20 – Review file in preparation for meeting | 1.0 | 250 |
| 6/9/20 – Phone call with Debtor re: preparing for meeting | .3 | 75 |
| 6/10/20 – Attendance at 341 meeting | 1.0 | 250 |
| 6/20/20 – Preparation and filing of amended Schedule J | .2 | 50 |
| 6/20/20 – Preparation and filing of amended Chapter 13 Plan | 1.0 | 250 |
| 6/22/20 – Preparation and filing of 3rd amended Plan | .2 | 50 |
| 6/22/20 – E-mail to Attorney for lender re: amended plan and withdraw objection | .1 | 25 |
| 6/21/20 – Detailed letter to Debtor breaking down claims filed and what is needed to confirm | .5 | 125 |
| 6/25/20 – Review Trustee's Objection to confirmation of Plan | .1 | 25 |
| 6/25/20 – Letter to Debtor re: Trustee's Objection | .4 | 100 |
| 7/1/20 – Letter to Debtor re: documents needed | .4 | 100 |

| Date / Description | Hours | Amount |
|---|---|---|
| 7/16/20 – E-mail to Mortgage company requesting loan modification application | .1 | 25 |
| 7/16/20 – Review loan modification application and mark where to sign and highlight for Debtor | .3 | 75 |
| 7/16/20 – Letter to Debtor re: enclosing loan modification application and advising to fill out | .4 | 100 |
| 7/16/20 – Review praecipe to withdraw objection | .1 | 25 |
| 7/22/20 – Upload additional documents to Trustee | .2 | 50 |
| 8/1/20 Letter to Debtor re: change in Plan payment and not making monthly payments | .4 | 100 |
| 9/11/10 – Letter to Debtor re: have not heard from you, no return calls or e-mails | .4 | 100 |
| 10/6/20 – Review Motion to Dismiss Case failure to make payments | .2 | 50 |
| 10/6/20 – Review payment history | .3 | 75 |
| 10/6/20 – Letter to Debtor re: Motion to Dismiss case and payment history | .5 | 125 |
| 10/20/20 – Letter to Debtor re: Trustee continued hearing but still haven't seen any payments post and what is needed to get case back on track | .4 | 100 |
| 10/27/20 – Review Notice of mortgage payment change and send copy to Debtor | .3 | 75 |
| 11/30/20 – E-mail to Trustee re: confirmation hearing/Motion to Dismiss have no heard from Debtor | .1 | 25 |

PARALEGAL TIME:

4/2/20 – Preparation and filing of application for compensation, service, and proof of claim      1.0           90

                            TOTAL: $4,290.00
                            Discount: $40.00

                            **TOTAL:$4,250.00**